IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| S1, INC., | § |
| | § |
| PLAINTIFF, | § |
| | § |
| V. | § CAUSE NO. A-08-CA-026-LY |
| | § |
| Q2 SOFTWARE, INC.; CARDINAL SOFTWARE, INC.; AND S.E. YARBOROUGH, | § |
| | § |
| DEFENDANTS. | § |

### FINAL JUDGMENT

Before the Court is the above-entitled and numbered cause. Today the Court rendered an order granting the parties' joint motion to dismiss and dismissing this action with prejudice. Seeing that no matters remain pending in this action, the Court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims asserted in this action are **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorney's fees incurred here.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED.**

**IT IS FINALLY ORDERED** that this cause is **CLOSED.**

SIGNED this 21st day of November, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE